Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11421−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George L Franic　　　　　　　　　　　　　　　Dian Susan Franic
aka George K Franic　　　　　　　　　　　　　23 6th Avenue
23 6th Avenue　　　　　　　　　　　　　　　　Clifton, NJ 07011
Clifton, NJ 07011

Social Security No.:
　xxx−xx−6524　　　　　　　　　　　　　　　　xxx−xx−2934

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:　　　　　　　4/28/22
Time:　　　　　　　 08:30 AM
Location:　　　　　 Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 24, 2022
JAN: lc

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11421-JKS |
| George L Franic | Chapter 13 |
| Dian Susan Franic | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: 132 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Franic, Dian Susan Franic, 23 6th Avenue, Clifton, NJ 07011-2905 |
| cr | + | Phoenix Funding, Inc., c/o Benedict J. Caiola, Esq., 1148 Springfield Avenue, Mountainside, NJ 07092-2906 |
| 519514360 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519514366 | + | Clifton Tax Assessor, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519514370 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519514371 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519514373 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519514372 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519514377 | + | PNC Bank, N.A., Corporate Office & Headquarters, 249 5th Avenue, Ste. 30, Pittsburgh, PA 15222-2707 |
| 519514379 | + | PNC Bank, National Association, 249 Fifth Ave, Pittsburgh, PA 15222-2707 |
| 519514375 | + | Phoenix Funding Inc., 917 Mountain Avenue, Mountainside, NJ 07092-2723 |
| 519514376 | + | Phoenix Funding, Inc. c/o, GMS Law, 660 New Road, First Floor, Northfield, NJ 08225-1668 |
| 519514383 | + | Porfolio Recovery, 500 Summit Lake Drake, Valhalla, NY 10595-1340 |
| 519514385 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519514392 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519514393 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519514394 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 519514395 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519514350 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 24 2022 20:44:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519524303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2022 20:41:46 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519537369 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2022 20:41:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514352 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 24 2022 20:44:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514354 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2022 20:42:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514356 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 22-11421-JKS    Doc 14    Filed 03/26/22    Entered 03/27/22 00:15:20    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: 132 | Total Noticed: 50 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 24 2022 20:52:36 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514369 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519520008 | | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519514368 | + | Email/Text: mrdiscen@discover.com | Mar 24 2022 20:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519514374 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2022 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519514362 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:42:12 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519514363 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:42:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519514364 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2022 20:41:50 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519532966 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 24 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514358 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519525488 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519514378 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 519514380 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519514381 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 20:38:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519514367 | | Email/Text: signed.order@pfwattorneys.com | Mar 24 2022 20:38:00 | Discover c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519514382 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2022 20:42:07 | Porfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519514384 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2022 20:52:37 | Porfolio Recovery Associates, Po Box 12914, Norfolk, VA 23541-0914 |
| 519514387 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:13 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519514386 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:56 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519514388 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:13 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519514389 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:56 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514390 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:20 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519514391 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:20 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514396 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 24 2022 20:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519514397 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 24 2022 20:38:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

Case 22-11421-JKS    Doc 14    Filed 03/26/22    Entered 03/27/22 00:15:20    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: 132 | Total Noticed: 50 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519514351 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519537400 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514353 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514355 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514357 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514361 | * | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519514365 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519532992 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514359 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2022         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor George L Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Dian Susan Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Keith A. Bonchi | on behalf of Creditor Phoenix Funding  Inc. keith@gmslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6