Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11421−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George L Franic
aka George K Franic
23 6th Avenue
Clifton, NJ 07011

Dian Susan Franic
23 6th Avenue
Clifton, NJ 07011

Social Security No.:
xxx−xx−6524

xxx−xx−2934

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/25/22 at 10:00 AM

to consider and act upon the following:

28 − Motion Requesting Redaction of Personal Identifiers. Fee Amount $ 26. Filed by David G. Beslow on behalf of Dian Susan Franic, George L Franic. (Attachments: # 1 Certification Attorney Certification # 2 Proposed Order # 3 Certificate of Service) (Beslow, David) Modified TEXT − COURT WILL SCHEDULE A HEARING DATE FOR THIS MATTER on 8/5/2022 (Figueira, Maria).

Dated: 8/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court