Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−11421−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George L Franic                                 Dian Susan Franic
aka George K Franic                             23 6th Avenue
23 6th Avenue                                   Clifton, NJ 07011
Clifton, NJ 07011

Social Security No.:
   xxx−xx−6524                                  xxx−xx−2934

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       8/25/22
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David G. Beslow, Debtor's Attorney

COMMISSION OR FEES
$4,624.25

EXPENSES
$34.46

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
George L Franic  
Dian Susan Franic  
    Debtors

Case No. 22-11421-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 05, 2022      Form ID: 137      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Franic, Dian Susan Franic, 23 6th Avenue, Clifton, NJ 07011-2905 |
| cr | + | Phoenix Funding, Inc., c/o Benedict J. Caiola, Esq., 1148 Springfield Avenue, Mountainside, NJ 07092-2906 |
| 519514360 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519514366 | + | Clifton Tax Assessor, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519514375 | + | Phoenix Funding Inc., 917 Mountain Avenue, Mountainside, NJ 07092-2723 |
| 519514376 | + | Phoenix Funding, Inc. c/o, GMS Law, 660 New Road, First Floor, Northfield, NJ 08225-1668 |
| 519514383 | + | Porfolio Recovery, 500 Summit Lake Drake, Valhalla, NY 10595-1340 |
| 519514385 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519564131 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519514394 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 519514395 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519514350 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 05 2022 20:33:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519524303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 05 2022 20:31:52 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519537369 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 20:31:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514352 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 05 2022 20:33:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514354 | + | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 20:31:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514356 | + | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 20:31:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514369 | | Email/Text: mrdiscen@discover.com | Aug 05 2022 20:32:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519520008 | | Email/Text: mrdiscen@discover.com | Aug 05 2022 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 22-11421-JKS    Doc 31    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 137 | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519514368 | + | Email/Text: mrdiscen@discover.com | Aug 05 2022 20:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519514370 | ^ | MEBN | Aug 05 2022 20:28:53 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519514371 | ^ | MEBN | Aug 05 2022 20:28:57 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519514372 | ^ | MEBN | Aug 05 2022 20:29:42 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519514373 | ^ | MEBN | Aug 05 2022 20:29:13 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519514374 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2022 20:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519514362 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2022 20:31:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519514363 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2022 20:31:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519514364 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2022 20:31:52 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519532966 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 05 2022 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514358 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519525488 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519514377 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank, N.A., Corporate Office & Headquarters, 249 5th Avenue, Ste. 30, Pittsburgh, PA 15222 |
| 519550399 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519514379 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank, National Association, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519514378 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 519514380 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519514381 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2022 20:32:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519514367 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2022 20:33:00 | Discover c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519514382 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2022 20:31:55 | Porfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519514384 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2022 20:31:59 | Porfolio Recovery Associates, Po Box 12914, Norfolk, VA 23541-0914 |
| 519567698 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519514387 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:52 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519514386 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:39 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519514388 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:52 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Bypass | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519514389 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:52 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514390 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:23 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519514391 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 20:31:40 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514392 | ^ | MEBN | Aug 05 2022 20:29:18 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519514393 | ^ | MEBN | Aug 05 2022 20:29:26 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519514396 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 05 2022 20:32:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519514397 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 05 2022 20:32:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519514351 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519537400 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514353 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514355 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514357 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514361 | * | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519514365 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519532992 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514359 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

**Name**              **Email Address**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 137 | Total Noticed: 53 |

| | |
|---|---|
| David G. Beslow | on behalf of Debtor George L Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Dian Susan Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor Phoenix Funding Inc. francis@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Phoenix Funding Inc. keith@gmslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7