**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey  07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on September 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GEORGE L FRANIC
DIAN SUSAN FRANIC

Debtor (s)

Case No:    22-11421/JKS

Chapter 13

Judge:

**FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)**

The relief set forth on the following page number two (2) is hereby ORDERED.

DATED: September 18, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  George L Dian Susan Franic
Chapter 13 Case#: 22-11421/JKS
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-
CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO
11 USC § 503 (b)

THIS MATTER, having been opened before the Court upon the application of Mark

Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the

debtor's attorney and the Court having considered the Affidavit of Services and Application

for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of

$ 6124.25 as his fee and $ 401.46 for costs and expenses of which

$ 1867.00 has already been received by said attorney and of which the balance of

$ 4658.71 shall be paid by the Chapter 13 Standing Trustee to said attorney through the

debtor(s) plan or in the event of dismissal directly to debtor's counsel and it is further

ORDERED that the monthly payments in the plan is hereby increased to $1749.00

based on the aforesaid fee starting August, 2022.

2