| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), George and Diane Franic<br>David G. Beslow, Esq. #DGB-5300 | |
| In re:<br><br>**GEORGE FRANIC and DIAN FRANIC,**<br><br>Debtors | |

Order Filed on September 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-11421

Chapter: 13

Judge:   Hon. John K. Sherwood

*EX PARTE* **PROTECTIVE ORDER RESTRICTING
PUBLIC ACCESS TO CONSUMER INFORMATION PURSUANT
TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 18, 2022   _____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | George and Dian Franic |
| Case No.: | 22-11421/JKS - Chapter 13 |
| Caption: | *Ex Parte* Protective Order Restricting Public Access to Consumer Information Pursuant to 11 U.S. C. § 107 and Bankruptcy Rule 9037 Proceeds |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors upon application for entry of a protective order pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9037 directing the Court to permanently restrict remote access to a certain filing (the "Filing") made on the docket in the above-referenced case as Docket No. 26; and this Court having considered the application; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the application is granted and the Clerk of the Court shall restrict public access to the documents filed at Docket No. 26 on August 4, 2022 in the above-referenced case and shall keep such documents under seal and not subject to public inspection either as paper documents or as electronic documents.