| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), George and Diane Franic<br>David G. Beslow, Esq. #DGB-5300 | Order Filed on September 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**GEORGE FRANIC and DIAN FRANIC,**<br><br>Debtors | Case No. 22-11421<br><br>Chapter: 13<br><br>Judge:   Hon. John K. Sherwood |

### *EX PARTE* PROTECTIVE ORDER RESTRICTING PUBLIC ACCESS TO CONSUMER INFORMATION PURSUANT TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | George and Dian Franic |
| Case No.: | 22-11421/JKS - Chapter 13 |
| Caption: | *Ex Parte* Protective Order Restricting Public Access to Consumer Information Pursuant to 11 U.S. C. § 107 and Bankruptcy Rule 9037 Proceeds |

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors upon application for entry of a protective order pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9037 directing the Court to permanently restrict remote access to a certain filing (the "Filing") made on the docket in the above-referenced case as Docket No. 26; and this Court having considered the application; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the application is granted and the Clerk of the Court shall restrict public access to the documents filed at Docket No. 26 on August 4, 2022 in the above-referenced case and shall keep such documents under seal and not subject to public inspection either as paper documents or as electronic documents.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11421-JKS
George L Franic  Chapter 13
Dian Susan Franic
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Sep 19, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Franic, Dian Susan Franic, 23 6th Avenue, Clifton, NJ 07011-2905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor George L Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Dian Susan Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor Phoenix Funding Inc. francis@gmslaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Keith A. Bonchi
    on behalf of Creditor Phoenix Funding Inc. keith@gmslaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7