**City of Clifton**
**Office of the Tax Collector**
900 Clifton Avenue, Clifton, NJ 07013
Telephone 973-470-5830    Fax 973-471-9336
taxcollector@cliftonnj.org

December 13, 2022

George L. Franic and Diane Susan Franic
23 6th Ave
Clifton, NJ 07011

Re:  Block 16.16, Lot 19,   23 6th Ave, Clifton, NJ 07011
     US Bankruptcy Court, Case No. 22—11421-JKS

Dear Mr. & Mrs. Franic,

    Your filing with the U.S. Bankruptcy Court was February 23, 2022, case # 22-11421-JKS.  The petition application filed with bankruptcy court covers the aforementioned time and balances.  Please note the first quarter property taxes due February 1, 2022 is temporarily protected under bankruptcy.  As you are aware all post-petition tax payments after February 23, 2022 must be paid timely.  As of the date of this letter, the past due taxes $ 1,854.11 for taxes and $ $ 213.02 for sewer due on/before 12/30/22.

    Although bankruptcy may protect you with foreclosure/lien procedures, it does not remove property tax or utility obligations owed to the City of Clifton.  As always, you may contact me at any time.

Respectfully submitted,

*Elaine Erlewein*
Elaine Erlewein
Tax Collector

ee

Enclosure

```
                    TAX COLLECTOR CITY OF CLIFTON
                           CITY OF CLIFTON
                  Page  1   Tue Dec 13 10:08:51 EST 2022
```

## Property Information

| | |
|---|---|
| Block : 16.16   Lot: 19   Qualification : | Deductions: |
| Tax Account Number : 66971 | Senior: 0 |
| Dimension : 25X100 | Vet : 0 |
| Property location : 23 6TH AVE | Widow : 0 |
| Property Class : 2      PHOENIX FUNDING INC.SUI | Survivor: 0 |
| Bank code : | Disabled: 0 |
| Additional Lots : | Deduction amount: 0.00 |

## Owner Information

FRANIC GEORGE WF
23 6TH AVE
CLIFTON NJ   07011

## Property Information

| | |
|---|---|
| 2021 Net Tax :   5,973.23 | Land value: 67,200 |
| 2022 Net Tax :   6,229.61 | Improvement value: 41,900 |
| 2022 Total Tax: 6,229.61 | Net taxable value: 109,100 |

Special Tax Amount :   0.00

Special Tax codes :

Interest calculation date: 12/30/2022

| Tax Year | Quarter | Tax Due | Days | 8% | 18% | Interest | Quarter Totals |
|---|---|---|---|---|---|---|---|
| 2022 | 1 | 1,493.31 | 133 | | 99.31 | 99.31 | 1,592.62 |
| 2022 | 2 | 67.95 | 133 | | 4.52 | 4.52 | 72.47 |
| 2022 | 3 | | | | 51.05 | 51.05 | 1,781.64 |
| 2022 | 4 | 1,730.59 | 59 | | 154.88 | 154.88 | 3,446.73 |
| Tax Year 2022 Total | | 3,291.85 | | 0.00 | 154.88 | 154.88 | 3,446.73 Pdm 1.645 |
| Delinquent Total | | 3,291.85 | | 0.00 | 154.88 | 154.88 | |

*handwritten: $1854.11*

City of Clifton SEWER Account as of 12/13/22

Resident:
FRANIC GEORGE WF
23 6TH AVE
CLIFTON NJ 07011

Alternate Payer:
None

| ID | Account | Route | Block / Lot / Qual | Rate Code | Status |
|---|---|---|---|---|---|
| 63811 | 6738000 | 7 | 16.16   19 | Regular usage: 113 | |

| Meter: | Serial | Type | Size | MXU | ID | Install |
|---|---|---|---|---|---|---|
| | | | | | 43846 | Unknown |

### Account Summary

| Bill Qtr | Reading | Usage | Beginning Balance | All Qtrly Charges | Charge Adjusts | Payments | Payment Adjusts | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 1/20 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/20 | 0 | 108 | 0.00 | 190.02 | 0.00 | 190.02 | 0.00 | 0.00 |
| 3/20 | 0 | 0 | 0.00 | 190.02 | 0.00 | 190.02 | 0.00 | 0.00 |
| 4/20 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/21 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/21 | 0 | 112 | 0.00 | 200.96 | 0.00 | 200.96 | 0.00 | 0.00 |
| 3/21 | 0 | 0 | 0.00 | 200.96 | 0.00 | 200.96 | 0.00 | 0.00 |
| 4/21 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/22 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/22 | 0 | 113 | 0.00 | 207.94 | 0.00 | 207.94 | 0.00 | 0.00 |
| 3/22 | 0 | 0 | 0.00 | 207.94 | 0.00 | 0.00 | 0.00 | 207.94 |
| 4/22 | 0 | 0 | 207.94 | 0.00 | 0.00 | 0.00 | 0.00 | 207.94 |

Interest Due for 12/30/22:    5.08    Current Balance with Interest:    213.02

### Outstanding Charges

| Charge Date | | Current Amount | Original Due Date | Current Due Date | Interest |
|---|---|---|---|---|---|
| 7/01/22 | sewer | 207.94 | 9/10/22 | 9/10/22 | 5.08 |
| | | 207.94 | | | 5.08 |

### Current Quarter Activity
4/22 - No Transactions