GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

| | |
|---|---|
| Re:  GEORGE L FRANIC<br>DIAN SUSAN FRANIC<br>23 6TH AVENUE<br>CLIFTON, NJ  07011 | Atty:  GOLDMAN & BESLOW, LLC<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVE, SUITE 311B<br>EAST ORANGE, NJ  07017 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-11421

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $102,195.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/25/2022 | $1,200.00 | 8361314000 | 04/28/2022 | $1,200.00 | 8429699000 |
| 05/26/2022 | $1,200.00 | 8488595000 | 06/23/2022 | $1,200.00 | 8545199000 |
| 07/28/2022 | $1,200.00 | 8612687000 | 08/25/2022 | $1,655.00 | 8667639000 |
| 09/30/2022 | $1,655.00 | 8733748000 | 10/27/2022 | $1,749.00 | 8789467000 |
| 11/28/2022 | $1,749.00 | 8844282000 | 12/30/2022 | $1,749.00 | 8908412000 |

**Total Receipts: $14,557.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $14,557.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 09/19/2022 | $334.46 | 897,672 | 10/17/2022 | $472.16 | 899,329 |
| | 11/14/2022 | $472.16 | 900,909 | 12/12/2022 | $488.63 | 902,453 |
| | 01/09/2023 | $488.64 | 903,941 | | | |
| PHOENIX FUNDING, INC. | | | | | | |
| | 09/19/2022 | $796.83 | 898,036 | 10/17/2022 | $1,124.92 | 899,680 |
| | 11/14/2022 | $1,124.92 | 901,239 | 12/12/2022 | $1,164.17 | 902,792 |
| | 01/09/2023 | $1,164.16 | 904,288 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 614.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,658.71 | 100.00% | 4,658.71 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 605.75 | * | 0.00 | |
| 0005 | BBVA COMPASS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-11421**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 5,529.09 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 21,481.93 | * | 0.00 | |
| 0010 | CLIFTON TAX ASSESSOR | SECURED | 0.00 | 100.00% | 0.00 | |
| 0011 | DISCOVER BANK DISCOVER PRODUCTS | SECURED | 18,467.40 | 100.00% | 2,256.05 | |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 11,451.90 | * | 0.00 | |
| 0020 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 18,948.53 | * | 0.00 | |
| 0022 | PHOENIX FUNDING, INC. | SECURED | 43,998.29 | 100.00% | 5,375.00 | |
| 0024 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0026 | PORFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | VALLEY NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | ADVANTA BANK CORPORATION | UNSECURED | 3,101.78 | * | 0.00 | |
| 0046 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,345.36 | * | 0.00 | |
| 0048 | BBVA COMPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | STATE OF NJ | UNSECURED | 13,722.05 | * | 0.00 | |
| 0050 | SYNCHRONY BANK | UNSECURED | 1,385.90 | * | 0.00 | |

**Total Paid:  $12,904.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $14,557.00     -     Paid to Claims: $7,631.05     -     Admin Costs Paid: $5,273.15     =     Funds on Hand: $1,652.80

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.