# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>George Franic<br>Dian Franic | CASE NO: 22-11421<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 54<br>Judge: JKS<br>Hearing Date: February 13, 2025<br>Hearing Time: 10:00 a.m. |

On 1/22/2025, I did cause a copy of the following documents, described below,

Motion for Approval of Post-Petition Financing ECF Docket Reference No. 54

Attorney Certification 54

Debtors' Certification 55

Exhibit A 54

Proposed Order 54

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/22/2025

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  5300

Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ  07017
973 677 9000
yrodriguez@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

IN RE:

George Franic
Dian Franic

CASE NO: 22-11421

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 54
Judge: JKS
Hearing Date: February 13, 2025
Hearing Time: 10:00 a.m.

On 1/22/2025, a copy of the following documents, described below,

Motion for Approval of Post-Petition Financing ECF Docket Reference No. 54

Attorney Certification 54

Debtors' Certification 55

Exhibit A 54

Proposed Order 54

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ  07017

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING       PHOENIX FUNDING INC                   ADVANTA BANK CORPORATION
03122                                  CO BENEDICT J CAIOLA ESQ              RESURGENT CAPITAL SERVICES
CASE 22-11421-JKS                      1148 SPRINGFIELD AVENUE               PO BOX 10368
DISTRICT OF NEW JERSEY                 MOUNTAINSIDE NJ 07092-2906            GREENVILLE SC 29603-0368
NEWARK
WED JAN 22 13-22-05 EST 2025


AMERICAN EXPRESS NATIONAL BANK         (P)AMERICAN HONDA FINANCE             AMERICAN HONDA FINANCE
CO BECKET AND LEE LLP                  P O BOX 168088                        PO BOX 168128
PO BOX 3001                            IRVING TX 75016-8088                  IRVING TX 75016-8128
MALVERN PA 19355-0701


AMEX                                   AMEX                                  (P)PNC BANK RETAIL LENDING
CORRESPONDENCEBANKRUPTCY               PO BOX 981537                         P O BOX 94982
PO BOX 981540                          EL PASO TX 79998-1537                 CLEVELAND OH 44101-4982
EL PASO TX 79998-1540


(P)JPMORGAN CHASE BANK N A             CLIFTON TAX ASSESSOR                  DISCOVER FINANCIAL
BANKRUPTCY MAIL INTAKE TEAM            900 CLIFTON AVENUE                    ATTN BANKRUPTCY
700 KANSAS LANE FLOOR 01               CLIFTON NJ 07013-2708                 PO BOX 3025
MONROE LA 71203-4774                                                         NEW ALBANY OH 43054-3025


(P)DISCOVER FINANCIAL SERVICES LLC     (P)PRESSLER FELT  WARSHAW LLP         INTERNAL REVENUE SERVICE
PO BOX 3025                            7 ENTIN RD                            PO BOX 7346
NEW ALBANY OH 43054-3025               PARSIPPANY NJ 07054-5020              PHILADELPHIA PA 19101-7346


JPMORGAN CHASE BANK NA                 PHOENIX FUNDING INC                   PHOENIX FUNDING INC CO
SBMT CHASE BANK USA NA                 917 MOUNTAIN AVENUE                   GMS LAW
CO NATIONAL BANKRUPTCY SERVICES LLC    MOUNTAINSIDE NJ 07092-2723            660 NEW ROAD
PO BOX 9013                                                                  FIRST FLOOR
ADDISON TEXAS 75001-9013                                                     NORTHFIELD NJ 08225-1668


PORFOLIO RECOVERY                      PORFOLIO RECOVERY                     PORFOLIO RECOVERY ASSOCIATES
140 CORPORATE BLVD                     500 SUMMIT LAKE DRAKE                 PO BOX 12914
NORFOLK VA 23502-4952                  VALHALLA NY 10595-1340                NORFOLK VA 23541-0914


STATE OF NEW JERSEY                    (P)STATE OF NEW JERSEY DIVISION OF    SYNCHRONY BANK
DIVISION OF TAXATION                   TAXATION                              BY AIS INFOSOURCE LP AS AGENT
50 BARRACK STREET                      ATTN BANKRUPTCY UNIT                  4515 N SANTA FE AVE
PO BOX 269                             PO BOX 245                            OKLAHOMA CITY OK 73118-7901
TRENTON NJ 08602-0269                  TRENTON NJ 08695-0245


SYNCHRONY BANKJCPENNEY                 SYNCHRONY BANKJCPENNEY                SYNCHRONY BANKPC RICHARD
ATTN BANKRUPTCY                        PO BOX 965007                         ATTN BANKRUPTCY
PO BOX 965060                          ORLANDO FL 32896-5007                 PO BOX 965060
ORLANDO FL 32896-5060                                                        ORLANDO FL 32896-5060
```

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
SYNCHRONY BANKPC RICHARD            US TRUSTEE                          VALLEY NATIONAL BANK
CO PO BOX 965036                    US DEPT OF JUSTICE                  1460 VALLEY ROAD
ORLANDO FL 32896-0001               OFFICE OF THE US TRUSTEE            WAYNE NJ 07470-8494
                                    ONE NEWARK CENTER STE 2100
                                    NEWARK NJ 07102-5235



(P)VALLEY                           VERIZON                             DIAN SUSAN FRANIC
ATTN ATTN LEGAL DEPARTMENT          VERIZON WIRELESS BK ADMIN           23 6TH AVENUE
1455 VALLEY ROAD                    500 TECHNOLOGY DR STE 550           CLIFTON NJ 07011-2905
WAYNE NJ 07470-2089                 WELDON SPRINGS MO 63304-2225



GEORGE L FRANIC                     MARIEANN GREENBERG
23 6TH AVENUE                       CHAPTER 13 STANDING TRUSTEE
CLIFTON NJ 07011-2905               30 TWO BRIDGES RD
                                    SUITE 330
                                    FAIRFIELD NJ 07004-1550
```