# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>George Franic<br>Dian Franic | CASE NO: 22-11421<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 57<br>Judge: JKS |

On 2/14/2025, I did cause a copy of the following documents, described below,

Order Approving of Post-Petition Financing ECF Docket Reference No. 57

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/14/2025

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  5300
Attorney at Law
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017
973 677 9000
yrodriguez@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>George Franic<br>Dian Franic | CASE NO: 22-11421<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 57<br>Judge: JKS |

On 2/14/2025, a copy of the following documents, described below,

Order Approving of Post-Petition Financing ECF Docket Reference No. 57

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017

```
USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING      PHOENIX FUNDING INC                    ADVANTA BANK CORPORATION
03122                                  CO BENEDICT J CAIOLA ESQ               RESURGENT CAPITAL SERVICES
CASE 22-11421-JKS                      1148 SPRINGFIELD AVENUE                PO BOX 10368
DISTRICT OF NEW JERSEY                 MOUNTAINSIDE NJ 07092-2906             GREENVILLE SC 29603-0368
NEWARK
WED JAN 22 13-22-05 EST 2025


AMERICAN EXPRESS NATIONAL BANK         AMERICAN HONDA FINANCE                 AMERICAN HONDA FINANCE
CO BECKET AND LEE LLP                  P O BOX 168088                         PO BOX 168128
PO BOX 3001                            IRVING TX 75016-8088                   IRVING TX 75016-8128
MALVERN PA 19355-0701


AMEX                                   AMEX                                   PNC BANK RETAIL LENDING
CORRESPONDENCEBANKRUPTCY               PO BOX 981537                          P O BOX 94982
PO BOX 981540                          EL PASO TX 79998-1537                  CLEVELAND OH 44101-4982
EL PASO TX 79998-1540


JPMORGAN CHASE BANK N A                CLIFTON TAX ASSESSOR                   DISCOVER FINANCIAL
BANKRUPTCY MAIL INTAKE TEAM            900 CLIFTON AVENUE                     ATTN BANKRUPTCY
700 KANSAS LANE FLOOR 01               CLIFTON NJ 07013-2708                  PO BOX 3025
MONROE LA 71203-4774                                                          NEW ALBANY OH 43054-3025


DISCOVER FINANCIAL SERVICES LLC        PRESSLER FELT  WARSHAW LLP             INTERNAL REVENUE SERVICE
PO BOX 3025                            7 ENTIN RD                             PO BOX 7346
NEW ALBANY OH 43054-3025               PARSIPPANY NJ 07054-5020               PHILADELPHIA PA 19101-7346


JPMORGAN CHASE BANK NA                 PHOENIX FUNDING INC                    PHOENIX FUNDING INC CO
SBMT CHASE BANK USA NA                 917 MOUNTAIN AVENUE                    GMS LAW
CO NATIONAL BANKRUPTCY SERVICES LLC    MOUNTAINSIDE NJ 07092-2723             660 NEW ROAD
PO BOX 9013                                                                   FIRST FLOOR
ADDISON TEXAS 75001-9013                                                      NORTHFIELD NJ 08225-1668


PORFOLIO RECOVERY                      PORFOLIO RECOVERY                      PORFOLIO RECOVERY ASSOCIATES
140 CORPORATE BLVD                     500 SUMMIT LAKE DRAKE                  PO BOX 12914
NORFOLK VA 23502-4952                  VALHALLA NY 10595-1340                 NORFOLK VA 23541-0914


STATE OF NEW JERSEY                    STATE OF NEW JERSEY DIVISION OF        SYNCHRONY BANK
DIVISION OF TAXATION                   TAXATION                               BY AIS INFOSOURCE LP AS AGENT
50 BARRACK STREET                      ATTN BANKRUPTCY UNIT                   4515 N SANTA FE AVE
PO BOX 269                             PO BOX 245                             OKLAHOMA CITY OK 73118-7901
TRENTON NJ 08602-0269                  TRENTON NJ 08695-0245


SYNCHRONY BANKJCPENNEY                 SYNCHRONY BANKJCPENNEY                 SYNCHRONY BANKPC RICHARD
ATTN BANKRUPTCY                        PO BOX 965007                          ATTN BANKRUPTCY
PO BOX 965060                          ORLANDO FL 32896-5007                  PO BOX 965060
ORLANDO FL 32896-5060                                                         ORLANDO FL 32896-5060
```

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
SYNCHRONY BANKPC RICHARD              US TRUSTEE                            VALLEY NATIONAL BANK
CO PO BOX 965036                      US DEPT OF JUSTICE                    1460 VALLEY ROAD
ORLANDO FL 32896-0001                 OFFICE OF THE US TRUSTEE              WAYNE NJ 07470-8494
                                      ONE NEWARK CENTER STE 2100
                                      NEWARK NJ 07102-5235


VALLEY                                VERIZON                               DIAN SUSAN FRANIC
ATTN ATTN LEGAL DEPARTMENT            VERIZON WIRELESS BK ADMIN             23 6TH AVENUE
1455 VALLEY ROAD                      500 TECHNOLOGY DR STE 550             CLIFTON NJ 07011-2905
WAYNE NJ 07470-2089                   WELDON SPRINGS MO 63304-2225


GEORGE L FRANIC                       MARIEANN GREENBERG
23 6TH AVENUE                         CHAPTER 13 STANDING TRUSTEE
CLIFTON NJ 07011-2905                 30 TWO BRIDGES RD
                                      SUITE 330
                                      FAIRFIELD NJ 07004-1550
```