Certificate Number: 06531-NJ-DE-039493501

Bankruptcy Case Number: 22-11421



06531-NJ-DE-039493501

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2025</u>, at <u>1:10</u> o'clock <u>PM CDT</u>, <u>George L Franic</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>March 28, 2025</u>          By:     <u>/s/Patricia Queen</u>

                                   Name:   <u>Patricia Queen</u>

                                   Title:  <u>Certified Credit Counselor</u>

Certificate Number: 06531-NJ-DE-039493503

Bankruptcy Case Number: 22-11421



06531-NJ-DE-039493503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2025</u>, at <u>1:10</u> o'clock <u>PM CDT</u>, <u>Dian S Franic</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>March 28, 2025</u>          By:    <u>/s/Patricia Queen</u>

                                     Name:  <u>Patricia Queen</u>

                                     Title: <u>Certified Credit Counselor</u>