**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | George L Franic<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6524<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Dian Susan Franic<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2934<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court    District of New Jersey

Case number:   22–11421–JKS

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George L Franic
aka George K Franic

Dian Susan Franic

10/17/25

**By the court:** John K. Sherwood
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-11421-JKS
George L Franic     Chapter 13
Dian Susan Franic
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Oct 17, 2025     Form ID: 3180W     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George L Franic, Dian Susan Franic, 23 6th Avenue, Clifton, NJ 07011-2905 |
| cr | + | Phoenix Funding, Inc., c/o Benedict J. Caiola, Esq., 1148 Springfield Avenue, Mountainside, NJ 07092-2906 |
| 519514366 | + | Clifton Tax Assessor, 900 Clifton Avenue, Clifton, NJ 07013-2708 |
| 519514375 | + | Phoenix Funding Inc., 917 Mountain Avenue, Mountainside, NJ 07092-2723 |
| 519514376 | + | Phoenix Funding, Inc. c/o, GMS Law, 660 New Road, First Floor, Northfield, NJ 08225-1668 |
| 519514383 | + | Porfolio Recovery, 500 Summit Lake Drake, Valhalla, NY 10595-1340 |
| 519514385 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519514350 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 17 2025 20:45:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519524303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 20:58:44 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519537369 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 20:59:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514352 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 17 2025 20:45:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514354 | + | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 20:59:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514356 | + | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 20:59:23 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514364 | + | EDI: JPMORGANCHASE | Oct 18 2025 00:44:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519514362 | + | EDI: JPMORGANCHASE | Oct 18 2025 00:44:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519514363 | + | EDI: JPMORGANCHASE | Oct 18 2025 00:44:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519514369 | | EDI: DISCOVER | Oct 18 2025 00:44:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |

Case 22-11421-JKS    Doc 73    Filed 10/19/25    Entered 10/20/25 00:49:10    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519520008 | | EDI: DISCOVER | Oct 18 2025 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519514368 | + | EDI: DISCOVER | Oct 18 2025 00:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519514370 | | Email/Text: bankruptcycourts@equifax.com | Oct 17 2025 20:45:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519514371 | | Email/Text: bankruptcycourts@equifax.com | Oct 17 2025 20:45:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 519514372 | ^ | MEBN | Oct 17 2025 20:44:25 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519514373 | ^ | MEBN | Oct 17 2025 20:44:16 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519514374 | | EDI: IRS.COM | Oct 18 2025 00:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519532966 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514358 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519514360 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519525488 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519514377 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | PNC Bank, N.A., Corporate Office & Headquarters, 249 5th Avenue, Ste. 30, Pittsburgh, PA 15222 |
| 519550399 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519514379 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | PNC Bank, National Association, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519514378 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 519514380 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519514381 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 20:45:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519514367 | | Email/Text: signed.order@pfwattorneys.com | Oct 17 2025 20:45:00 | Discover c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519514382 | + | EDI: PRA.COM | Oct 18 2025 00:44:00 | Porfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 519514384 | + | EDI: PRA.COM | Oct 18 2025 00:44:00 | Porfolio Recovery Associates, Po Box 12914, Norfolk, VA 23541-0914 |
| 519564131 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 17 2025 20:45:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519567698 | + | EDI: AIS.COM | Oct 18 2025 00:44:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519514387 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519514386 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519514388 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 519514389 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514390 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519514391 | + | EDI: SYNC | Oct 18 2025 00:44:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519514392 | ^ | MEBN | Oct 17 2025 20:44:19 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519514393 | ^ | MEBN | Oct 17 2025 20:44:20 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519514394 | | Email/Text: bankruptcynotices@valley.com | Oct 17 2025 20:45:00 | Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |
| 519514395 | + | Email/Text: bankruptcynotices@valley.com | Oct 17 2025 20:45:00 | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |
| 519514396 | + | EDI: VERIZONCOMB.COM | Oct 18 2025 00:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519514397 | + | EDI: VERIZONCOMB.COM | Oct 18 2025 00:44:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519514351 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 519537400 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519514353 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519514355 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519514357 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519514365 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519532992 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519514359 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519514361 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor George L Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Dian Susan Franic yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor Phoenix Funding Inc. francis@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor Phoenix Funding Inc. keith@gmslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7