Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 22−11421−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George L Franic | Dian Susan Franic |
| aka George K Franic | 23 6th Avenue |
| 23 6th Avenue | Clifton, NJ 07011 |
| Clifton, NJ 07011 | |

Social Security No.:
  xxx−xx−6524                                             xxx−xx−2934

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 10, 2025</u>           <u>John K. Sherwood</u>
                                                     Judge, United States Bankruptcy Court